UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TRUSTEES OF THE SHEET METAL WORKERS' LOCAL 36 401(K) PLAN, <br><br> Plaintiff, <br><br> v. <br><br> KOHNEN AIR CONDITIONING AND HEATING, INC., <br><br> Defendant. | Case No. 09-cv-595-JPG |

## MEMORANDUM & ORDER

This matter comes before the Court on the Plaintiff's Motion to Dismiss (Doc. 7). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff has an absolute right to dismiss an action without a court order at any time before service by an adverse party of an answer or of a motion for summary judgment, whichever first occurs.  Defendant has not yet filed an answer or motion for summary judgment in this case.  The Court therefore **CONSTRUES** the instant motion (Doc. 7) **as a Notice of Dismissal** and finds that all claims of Plaintiff against Defendant are **DISMISSED without prejudice**.  The Court **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED: December   8, 2009**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**
