UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TRUSTEES OF THE SHEET METAL WORKERS' LOCAL 36 401(K) PLAN,<br><br>  Plaintiff,<br><br>  v.<br><br>KOHNEN AIR CONDITIONING AND HEATING, INC.,<br><br>  Defendant. | Case No. 09-cv-595-JPG |

## JUDGMENT

This matter having come before the Court, and the plaintiff having filed a notice of dismissal without prejudice,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**NANCY J. ROSENSTENGEL**

**By:s/Deborah Agans, Deputy Clerk**

**Dated: December 8, 2009**


Approved:   s/ J. Phil Gilbert
            **J. PHIL GILBERT**
            **DISTRICT JUDGE**